IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BART SCHRADER | § | CASE NO. 09-31861-PHX-SSC |
| KAREN SCHRADER | § | CHAPTER 11 |
| | § | |
| | § | JUDGE SARAH SHARER CURLEY |

### REQUEST FOR SERVICE OF NOTICE

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**Saxon Mortgage Services, Inc.**
**1270 Northland Drive / Suite 200**
**Mendota Heights, Minnesota 55120**

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

/s/ Hilary B. Bonial

Hilary B. Bonial

F# 7620-N-5377
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for Saxon Mortgage Services, Inc.

## CERTIFICATE OF SERVICE

      I, Hilary B. Bonial, hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before December 17, 2009:

**Debtors' Attorney**
Joseph W. Charles
Attorney At Law
PO BOX 1737
GLENDALE, AZ  85311-1737

**Chapter 11 Trustee**

**U.S. Trustee**
Office of the US Trustee
2301 N 1st Ave Ste 204
Phoenix, Arizona 85003

      /s/ Hilary B. Bonial

      Hilary B. Bonial

7620-N-5377
noaelect