Larry O. Folks, #012142
Lisa S. Kass, #020859
Folks & O'Connor, PLLC
1850 N. Central Ave, #1140
Phoenix, Arizona 85004
(602) 256-9152
kass@folksoconnor.com
*Attorneys for M&I Marshall & Ilsley Bank*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| In re: | Chapter 11 Proceeding |
|---|---|
| BART SCHRADER AND KAREN SCHRADER,<br><br>Debtors. | Case No.: 2:09-bk-31861-SSC |
| M&I MARSHALL & ILSLEY BANK,<br><br>Movant,<br><br>vs.<br><br>BART SCHRADER AND KAREN SCHRADER,<br><br>Respondents. | **NOTICE OF LODGING ORDER ON MOTION FOR RELIEF OF STAY**<br><br>**Real Property;**<br>**Located at 31007 N. 142nd St.,**<br>**Rio Verde, AZ 85263** |

NOTICE IS HEREBY GIVEN that on the 15th day of January, 2010, M&I Marshall & Ilsley Bank ("Movant") lodged an Order for Relief, a copy of which is

///

///

///

///

///

///

attached hereto as Exhibit A.

DATED this 15th day of January, 2010.

FOLKS & O'CONNOR, PLLC<br>
By    /s/ Lisa S. Kass<br>
Larry O. Folks<br>
Lisa S. Kass<br>
1850 N. Central Avenue, #1140<br>
Phoenix, AZ 85004<br>
*Attorneys for Movant*

**COPIES** of the foregoing mailed
This 15th day of January, 2010 to:

Bart & Karen Schrader
7457 E. Milton
Scottsdale, AZ 85262
*Debtors*

Joseph Charles
P.O. Box 1737
Glendale, AZ 85311
*Attorney for Debtors*

Arizona Dept. of Revenue
Bankruptcy & Litigation
1600 W. Monroe, 7th Floor
Phoenix, AZ 85007

Internal Revenue Service
Special Procedures, M/S 5012PX
210 E. Earll Drive,
Phoenix, AZ 85012

U.S. Trustee
Office of the U.S. Trustee
230 North First Avenue, #204
Phoenix, AZ 85003

List of 20 Largest Unsecured Creditors

By /s/ Kathlyn Maez
*An employee of Folks & O'Connor, PLLC*

# EXHIBIT "A"

# IN THE UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>BART SCHRADER AND KAREN SCHRADER,<br><br>Debtors.<br><br>M&I MARSHALL & ILSLEY BANK,<br><br>Movant,<br><br>vs.<br><br>BART SCHRADER AND KAREN SCHRADER,<br><br>Respondents. | Chapter 11 Proceeding<br><br>Case No.: 2:09-bk-31861-SSC<br><br><br><br>**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**<br><br>(Order Concerns: Real Property; Located at 31007 N. 142nd St., Rio Verde, AZ 85263) |

Movant, M&I Marshall and Ilsley Bank having filed a <u>Motion For Relief From The Automatic Stay Pursuant To § 362(d)(1)</u> (the "Motion For Relief") and served a Notice of the Motion For Relief as required by Local Bankruptcy Rule 4001-1, no timely written objections to the Motion For Relief having been filed and for other good cause appearing;

IT IS HEREBY ORDERED ADJUDGED AND DECREED terminating any and all applicable stays and injunctions, including the automatic stay of 11 U.S.C. § 362(a), as it is applicable to M&I Marshall & Ilsley Bank with respect to the real property of Bart Schrader and Karen Schrader (the "Debtors") which is located at 31007 N. 142nd St., Rio Verde, AZ 85263 and is legally described as:

LOT 86, REPLAT OF GRANITE MOUNTAIN RANCH UNIT II, ACCORDING TO BOOK 586, OF MAPS, PAGE 19, RECORDS OF MARICOPA COUNTY, ARIZONA.

(the "Property") to allow M&I Marshall & Ilsley Bank to exercise its state law rights and remedies, including, without limitation, conducting a non-judicial trustee's foreclosure sale of the Property.

**Signed and dated above.**