# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re: )

**BART & KAREN SCHRADER** )

Debtor(s) )

CASE I    **2:09-bk-31861-SSC**

**INDIVIDUAL DEBTOR NOT ENGAGED IN BUSINESS MONTHLY REPORT**

MONTH OF: *April 2010*

DATE FILED: 12/20/2009

TAX PAYER ID NO. : XXX-XX-9107
(Debtor's Social Securtiy Number)
XXX-XX-8276
(Co-Debtor's Social Securtiy Number)

Nature of Debtor's Business: *Real Estate Mgt & Consulting*
Nature of Co-Debtor's Business: *Insurance*

DATE DISCLOSURE STATEMENT FILED: _____ TO BE FILED: _____
DATE PLAN OF REORGANIZATION FILED: _____ TO BE FILED: _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY REPORT AND THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

RESPONSIBLE PARTY:

_____
ORIGINAL SIGNATURE OF DEBTOR

Bart Schrader
PRINTED NAME OF DEBTOR

5/15/10
DATE

_____
SIGNATURE OF CO-DEBTOR

Karen Schrader
PRINTED NAME OF CO-DEBTOR

5/10/10
DATE

PREPARER:

_____
ORIGINAL SIGNATURE OF PREPARER

Bart Schrader
PRINTED NAME OF PREPARER

_____
TITLE

_____
DATE

PERSON TO CONTACT REGARDING THIS REPORT: Bart Schrader

PHONE NUMBER: 602 882 4660

ADDRESS: 7457 E. Milton Drive   Scottsdale, AZ

**FILE REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE**

**Case Number:** 2 09bK 31861 SSC

# CASH SUMMARY

| | Cash | Post-Petition Debtor-in-Possession Accounts | | | TOTAL |
|---|---|---|---|---|---|
| | | Chase | Chase | | |
| | | # | # 1794 | # | |
| **Balance at Beginning of Period** | | | 5089.84 | | 5089.84 |

| **RECEIPTS** | | | | | |
|---|---|---|---|---|---|
| Wages - Debtor | | | | | |
| Wages - Co-Debtor | | | | | |
| Loans and Advances | | | | | |
| Sale of Assets | | | | | |
| Gifts (money) | | | | | |
| | | | | | |
| | | | | | |
| Transfers from Other DIP Accounts | | | | | |
| Other  (attach list) | | | | | |
| **TOTAL RECEIPTS** | | | 2628.20 | | 2628.20 |

| **TOTAL DISBURSEMENTS** | | | 2628.20 | | 2628.20 |*
|---|---|---|---|---|---|
| **Balance at End of Month** | | | 3901.64 | | 3901.64 |

| **CREDIT CARD ACTIVITY** | Dollar Amount of Current Purchase | Interest Charges | Payments Made | Ending Balance |
|---|---|---|---|---|
| Name<br>Acct # | | | | |
| Name<br>Acct # | | | | |
| Name<br>Acct # | | | | |

| **DISBURSEMENTS FOR CALCULATING QUARTERLY FEES:** | |
|---|---|
| Total Disbursements (from above) | 2628.20 * |
| Plus:  Payroll deductions (from page 4) | — |
| Plus:  Estate disbursements made by outside sources (payments from escrow; 2-party check; etc.) | — |
| Less:  Transfers between debtor-in-possession bank accounts | — |
| **Total Disbursements for Calculating Quarterly Fees** | 2628.20 |

**CASE STATUS**

**QUESTIONAIRE**

| | YES | NO |
|---|---|---|
| 1. Have any assets been sold or transferred during this reporting period? | | X |
| 2. Have you made any payments to an attorney or accountant this month? | | X |
| 3. Have any payments been made on prepetition liabilities during this reporting period? | | X |
| 4. Have any post-petition loans been received by the debtor(s) from any party? | | X |
| 5. Have any insurance policies or coverages expired? | | X |
| 6. Are any post-petition real estate taxes past due? | X | |
| 7. Have any pre-petition taxes been paid during this reporting period? | | X |
| 8. Do you expect any significant income changes within the next 90 days? | X | |
| 9. Are any U. S. Trustee quarterly fees delinquent? | | X |

Provide a detailed explanation of any "YES" answers to the above questions:  (attach additional sheets if needed)

6. Some RE Taxes are late, should make some headway this month.

8. My business seems to be picking up a bit.

What progress has been made, during the reporting period, towards reorganinzing your estate ?

My Attorney & I have been making progress on my plan.

# DISBURSEMENT DETAIL
## (INDIVIDUAL ACCOUNTS)

**Attach copy of Bank Statement**

**Month:** April, 2010
**Account #**

**Bank Name** Chase

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| 4/20 | Chase | Pre Pd visa / Gas Food | 503 50 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total Cash/Electronic Disbursements | 503 50 |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| 1025 | 4/7 | D+L | Pre School Son | 240 — |
| 1026 | 4/8 | Fredson Acc | School project | 23 — |
| 1027 | 4/8 | Extreme | Gym | 90 — |
| 1028 | 4/8 | Sunfany | b-day party | 225 — |
| 1029 | 4/8 | Costco | Food | 441 50 |
| 1030 | 4/8 | Dr. Johnson | Doctor | 220 — |
| 9992 | 4/27 | Karen Rodd | Clean office | 75 |

| | | |
|---|---|---|
| **Total checks listed on this page** | | 1,597. 70 |
| **Total checks listed on continuation pages** | | 1597. 70 |

| | |
|---|---|
| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | 1597.70 |

| Salary / Payroll | Pay Date | Gross Pay | less | Net Pay | = | Payroll Deductions |
|---|---|---|---|---|---|---|
| Debtor | | | | | | |
| | | | | | | |
| | | | | | | |
| Co-Debtor | | | | | | |
| | | | | | | |
| | | | | | | |
| | | Total Payroll Deductions - report on page 2 | | | | 0 |

Page 4

CASE NUMBER 2 09 bK 31861 SSC

# CONTINUATION SHEET
## (INDIVIDUAL ACCOUNTS)

Month: April 2010

Account #

Bank Name Chase

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL DISBURSEMENTS - THIS PAGE** | | | | Ø |

Page 4a

# **CHASE** 

JPMorgan Chase Bank, N.A.
P O Box 260180 ████████████
Baton Rouge, LA 70826-0180

| CUSTOMER SERVICE INFORMATION | |
| --- | --- |
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

IIlıılıIıaIıIıIIıaIIIaaIIIıIıaIıIIaIaIıIıaaIaIıIII
00034675 DRE 601 141 12110 - NNNNN T 1 000000000 64 0000
BART AND KAREN SCHRADER
DEBTOR IN POSSESION
DEBTOR IN POSSESSION
7457 E MILTON DR
SCOTTSDALE AZ 85266-1828

## **We added a new section to your statement......**

To make it easier to keep track of your transactions, we added a new section to your statement called "Electronic Withdrawals". This section provides the transaction details for things like automatic payments, account transfers and online bill payments, along with other electronic transactions.

In addition we also:
- Added the "Electronic Withdrawals" to your Checking Summary at the beginning of your statement.
- Renamed the "Other Withdrawals, Fees and Charges" section to "Fees and Other Withdrawals".

Please call us at 1-800-CHASE38 (1-800-242-7338) if you have any questions.

## **CHECKING SUMMARY**  Chase BusinessClassic

|  | INSTANCES | AMOUNT |
| --- | --- | --- |
| **Beginning Balance** | | **$5,089.84** |
| Deposits and Additions | 1 | 1,440.00 |
| Checks Paid | 10 | - 1,912.70 |
| Fees and Other Withdrawals | 3 | - 715.50 |
| **Ending Balance** | **14** | **$3,901.64** |

## **DEPOSITS AND ADDITIONS**

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| 04/08 | Deposit    639233932 | $1,440.00 |
| **Total Deposits and Additions** | | **$1,440.00** |



## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

**1. Write in the Ending Balance shown on this statement:**     Step 1 Balance: $_____

**2. List and total all deposits & additions not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| ____ | _____ | ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ | ____ | _____ |

Step 2 Total: $_____

**3. Add Step 2 Total to Step 1 Balance.**     Step 3 Total: $_____

**4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Step 4 Total: -$_____

**5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:** $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



**EQUAL HOUSING LENDER      JPMorgan Chase Bank, N.A. Member FDIC**



# CHASE ⬤



## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1019 ^ | | 04/02 | $20.00 |
| 1020 * ^ | | 04/02 | 75.00 |
| 1024 * ^ | | 04/07 | 503.50 |
| 1025 ^ | | 04/16 | 240.00 |
| 1026 ^ | | 04/26 | 23.00 |
| 1027 ^ | | 04/14 | 90.00 |
| 1028 ^ | | 04/12 | 225.00 |
| 1029 ^ | | 04/15 | 441.20 |
| 1030 ^ | | 04/16 | 220.00 |
| 999992 * ^ | | 04/30 | 75.00 |
| **Total Checks Paid** | | | **$1,912.70** |



If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/08 | Withdrawal | $200.00 |
| 04/20 | Withdrawal | 503.50 |
| 04/30 | Service Fee | 12.00 |
| **Total Fees & Other Withdrawals** | | **$715.50** |

You can waive the monthly service fee on your Chase BusinessClassic account by maintaining an average checking balance of $5,000 or more during the statement period, linking this account to a qualifying Chase personal checking account or active Chase Business Credit Card, or conducting at least 5 debit card purchases each statement period. If you would like to understand more about your options, please visit any branch or call the number listed on this statement.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 04/02 | $4,994.84 |
| 04/07 | 4,491.34 |
| 04/08 | 5,731.34 |
| 04/12 | 5,506.34 |
| 04/14 | 5,416.34 |
| 04/15 | 4,975.14 |
| 04/16 | 4,515.14 |
| 04/20 | 4,011.64 |
| 04/26 | 3,988.64 |
| 04/30 | 3,901.64 |



## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 12 |
| Deposits / Credits | 1 |
| Deposited Items | 1 |
| **Transaction Total** | **14** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $12.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$12.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$12.00** |

| DATE | CHECK❑ NUMBER | DESCRIPTION | PAYMENT | C ✓ | DEPOSIT | $ BALANCE |
|---|---|---|---|---|---|---|
| | | RECORD ALL CHARGES OR CREDITS THAT AFFECT YOUR ACCOUNT | | | | 2882 19 |
| 4/2 with | | Gift Visa | 503 50 | | EXPENSE CODE: | |
| 4/2 MEMO LINE: | 9492 | Karen Randall | 75 00 | | EXPENSE CODE: | |
| 5/1 MEMO LINE: | 1031 | DPLPS | 240 50 | | EXPENSE CODE: | |
| 5/2 MEMO LINE: | 1032 | Gift Visa | 503 50 | | EXPENSE CODE: | |
| MEMO LINE: | 1033 | FAN svc school activity | 260 00 | | EXPENSE CODE: | |
| | 1034 | FAN | | | | |
| MEMO LINE: | 1035 | Karen Randall | 75 00 | | EXPENSE CODE: | 1095 32 |
| 5/5 MEMO LINE: | 1036 | Safeway | 160 38 | | EXPENSE CODE: | 252772 89 |
| MEMO LINE: | | VOID | | | EXPENSE CODE: | |
| 5/18 MEMO LINE: | 1038 | US Trustee | 325 — | | EXPENSE CODE: | |
| 5/18 MEMO LINE: | 1039 | APS | 227 44 | | EXPENSE CODE: | |
| MEMO LINE: | | | | | EXPENSE CODE: | |
| MEMO LINE: | | | | | EXPENSE CODE: | |

| DATE | CHECK NUMBER | DESCRIPTION | PAYMENT | C ✓ | DEPOSIT | BALANCE |
|------|--------------|-------------|---------|-----|---------|---------|
| | | RECORD ALL CHARGES OR CREDITS THAT AFFECT YOUR ACCOUNT | | | | |
| 3/24 | 1020 | Karen Randall | 75 00 | | | |
| | 1021 | Joseph Chase 38176 | 67 60 | | | |
| | 1022 | City of Sandy | 95 53 | | | |
| | 1027 | Visa Chase | 503 50 | | | |
| 3/26 | | Transfer Sunco | | | 2000 | 3384 81 |
| 4/7 | | Chase visa | | | | |
| 4/7 | | DPUR3 Kade | 240 00 | | | |
| 4/8 | | Freedom Academy sav art | 22 00 | | | |
| | | Extreme | 90 00 | | | |
| 4/8 | | deposit | | | 1240 00 | |
| | | Sundanz | 225 00 | | | |
| | | Costco | 441 00 | | | |
| | | Dr. Johnsun | 220 00 | | 2882 19 | |

REMEMBER TO RECORD AUTOMATIC PAYMENTS / DEPOSITS ON DATE AUTHORIZED.

NOT NEGOTIABLE

| DATE | CHECK NUMBER | DESCRIPTION | PAYMENT | C ✓ | DEPOSIT | $ BALANCE |
|---|---|---|---|---|---|---|
| | | RECORD ALL CHARGES OR CREDITS THAT AFFECT YOUR ACCOUNT | | | | |
| 2/6 | 1009 | Chase - Visa | 503 40 | | | 2263 69 |
| | | EXPENSE CODE: | | | | |
| 2/6 | 1010 | State Farm INS | 37 13 | | | |
| | | EXPENSE CODE: | | | | |
| 2/6 | 1011 | APS | 131 47 | | | |
| | | EXPENSE CODE: | | | | |
| 2/6 | 1012 | City of Scotts | 77 34 | | | |
| | | EXPENSE CODE: | | | | |
| 2/6 | 1013 | Lone Mnt Vista HOA | 1360 — | | | 657 62 |
| | | | | | | H |
| | | AZ ____ | | | | |
| 3/1 | Dep | Sunco Dep | EXPENSE CODE: | | 2000 — | |
| | | | 1000 | | 1000 — | |
| 3/1 | Dep | leave pmt CBW | EXPENSE CODE: | | | |
| | | | 800 | | | |
| 3/1 | 1015 | Pre Pd Visa | EXPENSE CODE: | | | 2760 22 |
| | | | 240 + | | | 4105 87 |
| 3/2 | 1016 | DFL | EXPENSE CODE: | | | |
| | | | 503 50 | | | |
| 3/9 | 1017 | Chase Pre Pd Visa | EXPENSE CODE: | | | |
| | | | 120 40 | | | |
| 3/9 | 1018 | Extreme Gymnastics | EXPENSE CODE: | | | |
| | | | 90 00 | | | |
| 3/18 | 1019 | Freedom Academy RB | EXPENSE CODE: | | | |

REMEMBER TO RECORD AUTOMATIC PAYMENTS / DEPOSITS ON DATE AUTHORIZED.

NOT NEGOTIABLE